**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50256 |
| Plaintiff - Appellee, | D.C. No. 2:04-cr-01326-R-1 |
| v. | |
| FRED WILBARGER, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Manuel L. Real, District Judge, Presiding

Submitted July 19, 2010[**]

Before:  B. FLETCHER, REINHARDT, and WARDLAW,, Circuit Judges.

Fred Wilbarger appeals from the three-month sentence imposed following

revocation of supervised release.  Pursuant to *Anders v. California*, 386 U.S. 738

(1967), Wilbarger's counsel has filed a brief stating there are no grounds for relief,

along with a motion to withdraw as counsel of record.  We have provided the

_____

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

appellant with the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED.**